4:11cr11SNLJ

Clerk of the court:                                    6·24·19

RECEIVED
JUL 01 2019
BY MAIL

I'am writing you to ask about a case law. The Davis vs US case. As of today the Supreme Court ruled in Davis fav. This case law help's me get back into court.

So what I want to know is, are you guy's going to appoint me a lawyer dealing with this case?

Respectfully

Larry R. Newman #38355·044

Mr. Larry R. Newman # 38355-044
USP Beaumont
PO Box 26030
Beaumont TX 77720

NORTH HOUSTON TX 773
25 JUN 2019 PM 6 L

Clerk of The Court
111 South 10th Street
St. Louis MO
63102

RECEIVED
JUL 01 2019
BY MAIL

63102-112599